# HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:       (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 16, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

     Re:   <u>Timothy & Kerri Lyn Arthur - Case No. 06-30544</u>

Dear Clerk:

     Enclosed please find a check in the amount of $.68 for the benefit of OLM, LLC, which represents their pro-rated share of dividends payable in the above case.

     Please be advised that the address of OLM, LLC is 4 Trefoil Drive, Trumbull, CT 06611-1330.

                              Sincerely,

                              HARRIS BEACH PLLC

                              Lee E. Woodard

LEW/ca
Enc.

RECEIVED
DEC 21 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

FILED
DEC 21 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY