# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 16, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    Timothy & Kerri Lyn Arthur - Case No. 06-30544

Dear Clerk:

    Enclosed please find a check in the amount of $2.67 for the benefit of National Grid, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of National Grid is 300 Erie Blvd. West, Syracuse, NY 13202-4250.

    Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

RECEIVED
DEC 21 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

FILED
DEC 21 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY